# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY HARMON,<br><br>　　Plaintiff<br><br>v.<br><br>DITECH FINANCIAL, LLC, et al.,<br><br>　　Defendants | Case No.: 2:18-cv-00870-APG-VCF<br><br>**Order Granting Unopposed Motion to Dismiss**<br><br>[ECF No. 7] |

Defendant Trans Union, LLC filed a motion to dismiss on June 6, 2018. ECF No. 7. Plaintiff Gary Harmon did not file a response. I therefore grant the motion as unopposed. LR 7-2(d).

IT IS THEREFORE ORDERED that defendant Trans Union, LLC's motion to dismiss **(ECF No. 7) is GRANTED** as unopposed.

DATED this 3rd day of July, 2018.

                                                                ANDREW P. GORDON
                                                                UNITED STATES DISTRICT JUDGE