Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY HARMON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC, A DELAWARE LIMITED LIABILITY CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00870-APG-VCF<br><br>**JOINT INTERIM STATUS REPORT** |

　　　Plaintiff Gary Harmon ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby submit the following Joint Status Report and state the following:

JOINT INTERIM STATUS REPORT - 1

1. The Parties settled this matter on October 23, 2018.

2. The parties are currently working on finalizing their Settlement Agreement.

3. The Parties request an additional forty-five days to file a Stipulation of Dismissal or Joint Status Report to provide the additional time necessary to complete settlement.

4. Plaintiffs agree to file the Stipulation of Dismissal of Experian no later than **February 18, 2019**.

DATED: January 3, 2019.

| /s/ *Matthew I. Knepper* | /s/ *Jennifer L. Braster* |
|---|---|
| Matthew I. Knepper, Esq. | Jennifer L Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| KNEPPER & CLARK LLC | NAYLOR & BRASTER |
| 10040 W. Cheyenne Ave., Suite 170-109 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89129 | Las Vegas, NV 89145 |
| | |
| David H. Krieger, Esq. | Katherine A. Neben, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 14590 |
| HAINES & KRIEGER, LLC | JONES DAY |
| 8985 S. Eastern Avenue, Suite 350 | 3161 Michelson Drive |
| Henderson, Nevada 89123 | Irvine, CA 92612 |
| | Email: kneben@jonesday.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant Experian Information Solutions, Inc.* |

## ORDER GRANTING

## EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF

## EXPERIAN INFORMATION SOLUTIONS, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 4th day of January, 2019.

JOINT INTERIM STATUS REPORT - 2